UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **EVAN PETROS,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | :   Case No. 1:16-cv-222 |
| | : |
| **FAIRPLAIN NVO, LLC** | : |
| | : |
| **Defendant.** | : |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that the parties to this action have reached an agreement regarding all disputed issues in this case. The parties are in the process of finalizing the settlement and anticipate filing a joint stipulation for dismissal within fourteen (14) days. Plaintiff requests that the Court adjourn all upcoming deadlines while the parties finalize this settlement.

Dated: May 31, 2016

                                                Respectfully Submitted,

                                                By: /s/ Pete M. Monismith_____
                                                Pete M. Monismith, Esq.
                                                3945 Forbes Ave., #175
                                                Pittsburgh, PA 15213
                                                Ph: 724-610-1881
                                                Fax: 412-258-1309
                                                Pete@monismithlaw.com
                                                MI Bar P78186

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's CM/ECF system upon all parties of record this 31st day of May 2016.


By: /s/ Pete M. Monismith

131101170v1 0970932