## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **EVAN PETROS, Individually,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 1:16-cv-222** |
| | : | |
| **FAIRPLAIN NVO, LLC** | : | |
| **A Domestic Limited Liability Company** | : | |
| | : | |
| **Defendant.** | : | |
| _____/ | : | |

### ORDER OF DISMISSAL

THIS CAUSE came before the Court on the Joint Stipulation of Dismissal (Dkt 15), and the

Court having reviewed the stipulation and being otherwise fully advised in the premises:

IT IS HEREBY ORDERED and ADJUDGED that:

1)  the above-styled cause is DISMISSED with prejudice; and

2)  the parties bear their own respective attorneys' fees and costs.

DONE and ORDERED, this _21st_ day of _____June_____ 2016.


_____/s/ Janet T. Neff_____
JANET T. NEFF
United States District Judge